206

T. S. PARK, Appellant, v. Craig WOOD
et al., Appellees.
No. 14803.

Court of Civil Appeals of Texas.
Fort Worth.
June 27, 1947.

William Pannill, of Fort Worth, and
Hardway, Harwell, Smith & Gwin, of
Houston, for appellant.

McGown, McGown, Godfrey & Logan,
Harry L. Logan, Jr., and B. E. Godfrey,
all of Fort Worth, for appellees.

McDONALD, Chief Justice.

In view of the opinion of the Supreme
Court delivered on June 18, 1947, in Park
v. Wood et al., 203 S.W.2d 204, the judg-
ment heretofore rendered by this court on
January 24, 1947, is hereby set aside, and
our former opinion, reported in 199 S.W.2d
816, is hereby withdrawn, the judgment of
the trial court is reversed, and judgment
is hereby rendered sustaining the plea of
privilege filed by the defendant T. S. Park.